E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
KAREN VANDERGAW
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RENE ALEJANDRO POMPA-VILLA, a/k/a "Patna," a/k/a "Christian Alexander Marrero-Ocasio," a/k/a "Felix Berrios," a/k/a "Mario Rodriguez-Albelo," a/k/a "Jorge Arzuaga-Ortiz," and a/k/a "Victor Rivera-Diaz," CHRISTOPHER POMPA-VILLA, VICTOR AUGUSTIN POMPA-VILLA, CARLOS ARMANDO CAMACHO, HEYDIMAR CARRION MARRERO, KIMBERLY RENEE MACKEY, DUSTIN ROBERT NOONAN, TYLER JON LANDROCHE, KYLE JAY REDPATH, AND JESSICA TWIGG,<br><br>    Defendants. | No.  3:21-cr-00031-JMK-DMS |

//

# EX PARTE MOTION TO SEAL INDICTMENT AND DELAY ARRAIGNMENT AND ENTRY OF CASE INTO THE ELECTRONIC FILING SYSTEM
# FILED UNDER SEAL

The United States asks the court to seal the indictment in this case and to delay its entry into the electronic filing system in accordance pursuant to Fed. R. Crim. P. 6(e)(4) until April 9, 2021.

The indictment includes ten defendants located in three different districts. The following defendants are likely in Arizona: Rene Alejandro Pompa-Villa, Christopher Pompa-Villa, Victor Augustin Pompa-Villa, and Heydimar Carrion Marrero. Carlos Armando Camacho is likely present in the Southern District of California. Kimberly Mackey, Kyle Redpath, and Jessica Twigg are in Alaska. Dustin Robert Noonan is in federal custody on an unrelated prosecution in 3:20-CR-00053-TMB-MMS. Tyler Jon Landroche is serving a sentence in the Alaska Department of Correction for unrelated state charges with an expected release date of November 19, 2022.

Unsealing the indictment on April 9, 2021, will allow a coordinated effort to locate and arrest the ten defendants in three different districts. If the indictment is unsealed prematurely, there is a serious risk of flight and possible destruction of evidence. One of the overt acts describes how Rene Pompa-Villa committed passport fraud to allow his passage to and from the United States and Mexico to further his drug trafficking organization. Furthermore, Kyle Redpath was indicted for destroying evidence in this federal investigation. Thus, if the existence of the investigation is revealed through public disclosure of any of the indictment, a significant risk exists that this information will

U.S. v. Pompa-Villa et al.
Page 2 of 3
Case 3:21-cr-00031-JMK-DMS   Document 3   Filed 03/18/21   Page 2 of 3

quickly be disseminated, which in turn, will allow the remaining defendants to flee evading prosecution, and possibly destroying additional evidence.

Accordingly, the United States asks the court to find that the public interest in access to the indictment is outweighed by law enforcement interests, and to seal the indictment along with and any associated arrest warrants, as well as to delay the arraignments of defendants and the entry of the indictment into the electronic filing system, until April 9, 2021, at 5:00 p.m. If all defendants are arrested prior to that date, the government will promptly notify the court and file an appropriate motion to unseal.

RESPECTFULLY SUBMITTED March 17, 2021 at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant United States Attorney
United States of America

U.S. v. Pompa-Villa et al.
Page 3 of 3
Case 3:21-cr-00031-JMK-DMS   Document 3   Filed 03/18/21   Page 3 of 3