E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RENE ALEJANDRO POMPA-VILLA, a/k/a "Patna," a/k/a "Christian Alexander Marrero-Ocasio," a/k/a "Felix Berrios," a/k/a "Mario Rodriguez-Albelo," a/k/a "Jorge Arzuaga-Ortiz," and a/k/a "Victor Rivera-Diaz," CHRISTOPHER POMPA-VILLA, VICTOR AUGUSTIN POMPA-VILLA, CARLOS ARMANDO CAMACHO, HEYDIMAR CARRION MARRERO, KIMBERLY RENEE MACKEY, DUSTIN ROBERT NOONAN, TYLER JON LANDROCHE, KYLE JAY REDPATH, AND JESSICA TWIGG <br><br> Defendants. | No. 3:21-cr-00031-JMK-DMS |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully asks this Honorable Court to unseal the Indictment in this case.

RESPECTFULLY SUBMITTED April 7, 2021 in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021,
a copy of the foregoing was served
electronically on the following:

All Counsel of Record

*s/ Christopher D. Schroeder*
Office of the U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. |
| RENE ALEJANDRO POMPA-VILLA, a/k/a "Patna," a/k/a "Christian Alexander Marrero-Ocasio," a/k/a "Felix Berrios," a/k/a "Mario Rodriguez-Albelo," a/k/a "Jorge Arzuaga-Ortiz," and a/k/a "Victor Rivera-Diaz," CHRISTOPHER POMPA-VILLA, VICTOR AUGUSTIN POMPA-VILLA, CARLOS ARMANDO CAMACHO, HEYDIMAR CARRION MARRERO, KIMBERLY RENEE MACKEY, DUSTIN ROBERT NOONAN, TYLER JON LANDROCHE, KYLE JAY REDPATH, AND JESSICA TWIGG | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having duly considered the United States' Motion to Unseal in the above-captioned matter, the motion is hereby GRANTED.

The indictment in this case shall be unsealed.

IT IS SO ORDERED.

DATED:_____           _____
                              UNITED STATES MAGISTRATE JUDGE